

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Duane Dexter Taylor, Appellant

No. 06-17-00018-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1323407). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that appellant was convicted of a state jail felony, not a third-degree felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Duane Dexter Taylor, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 21, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk